UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JUSTIN PULLIAM,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY,<br><br>　　　　Defendant. | 2:23-cv-01145-GMN-VCF<br><br>**ORDER** |

Defendant Ford Motor Company having consented [ECF No. 11] to the filing of an amended complaint as proposed by Plaintiff in his Motion to Amend [ECF No. 10], and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's First Motion to Amend Plaintiff's Complaint ECF No. 10 is GRANTED.

IT IS FURTHER ORDERED that Plaintiffs must file their proposed Amended Complaint on or before January 5, 2024.

DATED this 22nd day of December, 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE