**SODW**
DOUGLAS J. DUESMAN, ESQ.
Nevada Bar No. 10341
**THORNDAL ARMSTRONG, PC**
600 S. Las Vegas Boulevard, Suite 400
Las Vegas, Nevada 89101-5315
Tel.: (702) 366-0622
Fax: (702) 366-0327
E-Mail: *djd@thorndal.com*

Attorneys for Defendant
FORD MOTOR COMPANY

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| NUMALE CORPORATION and JUSTIN PULLIAM,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY,<br><br>Defendants. | CASE NO. 2:23-cv-01145-GMN-MDC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for their respective parties that the above-entitled matter be dismissed with prejudice.  Each party shall

///

///

///

-1-

*Rodriguez-Ramos vs. Pineda, et al.*
Case No. A-22-855390-C

bear their own attorneys' fees and costs.

| DATED: May 22, 2024. | DATED: May 22, 2024. |
|---|---|
| AMAR LAW GROUP, PLLC | THORNDAL ARMSTRONG, PC |
| /s/ Robert B. Katz | /s/ Douglas J. Duesman |
| ROBERT B. KATZ, ESQ.<br>Nevada Bar No. 7768<br>2300 W. Sahara Avenue, Suite 800<br>Las Vegas, Nevada 89102 | DOUGLAS J. DUESMAN, ESQ.<br>Nevada Bar No. 10341<br>600 S. Las Vegas Boulevard, Suite 400<br>Las Vegas, Nevada 89101 |
| Attorneys for Plaintiffs<br>NUMALE CORPORATION and<br>JUSTIN PULLIAM | Attorneys for Defendant<br>FORD MOTOR COMPANY |

## ORDER

**IT IS SO ORDERED** that the above-entitled matter is dismissed with prejudice with each party to bear their own costs and attorneys' fees.

The Clerk of Court is kindly instructed to close the case.

_____
DISTRICT COURT JUDGE

Dated this 22 day of May, 2024

**SUBMITTED BY:**

THORNDAL ARMSTRONG, PC

/s/ Douglas J. Duesman

DOUGLAS J. DUESMAN, ESQ.
Nevada Bar No. 10341
600 S. Las Vegas Boulevard, Suite 400
Las Vegas, Nevada 89101

Attorneys for Defendant
FORD MOTOR COMPANY

# Bonnie J. Hastings

| | |
|---|---|
| **From:** | Robert Katz <rkatz@AmarLawGrp.com> |
| **Sent:** | Wednesday, May 22, 2024 2:56 PM |
| **To:** | Bonnie J. Hastings; Shalev Amar |
| **Cc:** | Monaghan, Rachel; Shalev Amar; Emily Bingham; Douglas J. Duesman; Re, Aimee A. |
| **Subject:** | RE: Justin Pulliam vs. Ford |

Hi Bonnie,

You have my permission to electronically sign on my behalf.

Thanks

Rob

**Robert B. Katz, Esq.**
Senior Associate Attorney

AMAR
LAW
GROUP

866-904-AMAR (2627)
866-226-1333 fax
rkatz@amarlawgrp.com

*This message is confidential and may contain sensitive and private privileged information. If you are not the intended recipient, or if you believe you have received this message in error, please notify me immediately by reply e-mail. Please keep the contents confidential and delete the message and any attachments from your system.*

---

**From:** Bonnie J. Hastings <bjh@thorndal.com>
**Sent:** Wednesday, May 22, 2024 2:37 PM
**To:** Shalev Amar <SAmar@AmarLawGrp.com>
**Cc:** Monaghan, Rachel <rmonaghan@bakerlaw.com>; Shalev Amar <SAmar@AmarLawGrp.com>; Emily Bingham <EBingham@AmarLawGrp.com>; Robert Katz <rkatz@AmarLawGrp.com>; Douglas J. Duesman <djd@thorndal.com>; Re, Aimee A. <are@bakerlaw.com>
**Subject:** RE: Justin Pulliam vs. Ford

Good afternoon,

Attached is a draft Stipulation and Order for Dismissal with Prejudice for your review. If it meets with your approval, please sign it and return a copy to us for filing. Thank you.

Bonnie J. Hastings| Legal Assistant to Gregory M. Schulman and Douglas J. Duesman
Thorndal Armstrong, PC
600 S. Las Vegas Blvd., Ste. 400 | Las Vegas, NV 89101
Phone: (702) 366-0622 | fax: (702) 366-0327 | bjh@thorndal.com

This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail and delete all copies of this message.